IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN SECTION

JANE DOE, JANE DOE NO. 2 AND JANE DOE NO. 3
INDIVIDUALLY AND AS CLASS REPRESENTATIVES
OF ALL OTHERS SIMILARLY SITUATED,

    Plaintiffs,

vs.                                            Docket No.: 2:13-cv-03002

CITY OF MEMPHIS,

    Defendant.

## PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

COME NOW, Plaintiffs Jane Doe, Jane Doe No. 2, and Jane Doe No. 3 (hereinafter collectively referred to as "Plaintiffs"), by and through undersigned counsel of record and on behalf of themselves individually and others similarly situated, and submit this Motion for Protective Order in this cause.

In support of this Motion, the Plaintiffs rely upon a Memorandum of Law submitted contemporaneously herwith, a copy of which is attached hereto, and the entire record in this cause.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs pray that the Court grant this Motion for Protective Order.

## CERTIFICATE OF CONSULTATION

On December 22, 2014 counsel for the Plaintiffs contacted counsel for the Defendant City of Memphis via electronic mail to consult regarding the relief sought in this Motion. Counsel for the Defendant City of Memphis advised that it consents to the entry of the proposed Protective Order.

     s/Robert L. J. Spence, Jr.

Respectfully submitted,

THE SPENCE LAW FIRM, PLLC

By: /s/ Robert L. J. Spence, Jr.
Robert L. J. Spence, Jr. (BPR #12256)
Bryan M. Meredith (BPR #26876)
One Commerce Square, Suite 2200
Memphis, Tennessee 38103
Office: (901) 312-9160
Facsimile: (901) 521-9550
rspence@spence-lawfirm.com
bmeredith@spence-lawfirm.com

Ricky E. Wilkins (BPR #14526)
Sharon Harless Loy (BPR #19824)
The Law Offices of Ricky E. Wilkins
The Shrine Building
66 Monroe Avenue
Suite 103
Memphis, Tennessee 38103
Office: (901) 322-4450
Facsimile: (901) 322-4451
rwilkins@wilkinslawoffice.com
sloy@wilkinslawoffice.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I do hereby certify that a copy of the foregoing has been served through the Court's ECF filing system to Defendant and all other parties who receive notices through the Court's ECF filing system on this 23rd day of December, 2014.

                                      /s/ Robert L. J. Spence, Jr.