IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN SECTION

JANE DOE, JANE DOE NO. 2 AND JANE DOE NO. 3
INDIVIDUALLY AND AS CLASS REPRESENTATIVES
OF ALL OTHERS SIMILARLY SITUATED,

      Plaintiffs,

v.                                      Docket No.: 2:13-cv-03002

CITY OF MEMPHIS,

      Defendant.

_____

NOTICE OF WITHDRAWAL OF ATTORNEY E. LEE WHITWELL
_____

COMES NOW Lee Whitwell and hereby gives notice of his withdrawal, individually, as counsel for Plaintiffs Jane Doe, Jane Doe No. 2, and Jane Doe No. 3, on behalf of themselves individually and others similarly situated, in this cause.

Respectfully submitted,

s/ E. Lee Whitwell_____
Robert L. J. Spence, Jr. (BPR# 12256)
Bryan M. Meredith (BPR# 26876)
E. Lee Whitwell (BPR# 033622)
SPENCE LAW FIRM
One Commerce Square, Suite 2200
Memphis, Tennessee  38103
(901) 312-9160 (ofc.)
(901) 521-9550 (fax.)

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served through the Court's ECF filing system to Defendant and all other parties who receive notices through the Court's ECF filing system on this 15th day of July, 2016.

s/ E. Lee Whitwell_____